**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 285 EAL 2022

            Respondent              :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

            v.                     :

                                    :

BRANDON MEADE,                 :

                                    :

             Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.